**FILED**
April 8, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:10-cr-95 LKK |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| CAROL FERNANDEZ, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Carol Fernandez</u> Case <u>2:10-cr-95 LKK</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_   Release on Personal Recognizance

    \_\_   Bail Posted in the Sum of _____

    _X_   Unsecured bond in the amount of $10,000

    \_\_   Appearance Bond with 10% Deposit

    \_\_   Appearance Bond secured by Real Property

    \_\_   Corporate Surety Bail Bond

    _X_   (Other) <u>Pretrial conditions/supervision;</u>

Issued at <u>Sacramento, CA</u> on <u>4/8/10</u>   at   2:39:04 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge